USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **2-9-21**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

UNITED STATES OF AMERICA

    -against-

Kevin Pinnock,

------------------------------------------x

**ORDER**

17-CR-34 (ALC)
Docket #

__Andrew L. Carter, Jr.__, **DISTRICT JUDGE**:
    Judge's Name

The C.J.A. attorney assigned to receive cases on this day, __Eric Franz__ is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC _____.

SO ORDERED.

_/s/ Andrew L. Carter_

UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       2/8/21