**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-14-24

------------------------------------x
:
UNITED STATES OF AMERICA             :
:
   -against-                         :                **ORDER**
:
:
Kevin Pinnock                        :                17CR34 (ALC)
:                _____
:                  Docket #
------------------------------------x


Andrew L. Carter, Jr.
_____, **DISTRICT JUDGE**:
     Judge's Name

The C.J.A. attorney assigned to this case
Eric Franz
_____ is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to  Kristen Santillo
                      _____, NUNC-PRO-TUNC _____.
                          Attorney's Name

                                    SO ORDERED.

                                    /s/ Andrew L. Carter
                                    UNITED STATES DISTRICT JUDGE


**Dated:   New York, New York**
         May 14, 2024